JACK R. FINNEGAN
12575 Catalina Drive
Santa Ana, CA 92705
714-544-3247
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 5 2025
CENTRAL DISTRICT OF CALIFORNIA
BY PD  DEPUTY

PAID

Related DDJ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. FINNEGAN | CASE No: 8:25-CV-01882-JVS(KES) |
| | Dept: |
| Plaintiff | Central District, Southern Division |
| v. | |
| United States Agencies, Officer Employees Frank M. Cadigan,. And Does 1 through 10, inclusive | **COMPLAINT FOR DAMAGES FOR** |
| | 1. 28 USC §3014. Exempt Property |
| | 2. U. S. Constitution Art. 1, §8[4] |
| Defendants | 3. U. S. Constitution Art. 1, §8[18] |
| | 4. U. S. Constitution Art. III, §1 |
| | 5. U. S. Constitution Art. III, §1, 2[1] |
| | 6. U. S. Constitution Art. IV, §2[1] |
| | 7. U. S. Constitution Art. VI, [2] |
| | 8. U. S. Constitution 4th Amendment |
| | 9. U. S. Constitution 5th Amendment |
| | 10. U. S. Constitution 9th Amendment |
| | 11. U. S. Constitution 14th Amendment |
| | 12. U. S. Constitution 14th Amendment |
| | 13. 28 USC §1343(a)(1 – 4)(a)(1) |
| | 14. 28 USC §1357. |
| | 15. 28 USC §2075(a) |
| | 16. 28 USC §3001(a)(b)(c) |
| | 17. 28 USC §3014(a)(c) |
| | 18. 11 USC §101(5)(A) |
| | 19. 11 USC §101(10)(A) |
| | 20. 11 USC §101(12) |
| | 21. 11 USC §101(27) |
| | 22. 11 USC §102(1)(A)(B)(1) |
| | 23. 11 USC §106(b) |

Complaint for Damages -1-

|   |
|---|
| 24. 11 USC §522(a)(2)(b)(1)(3)(p)(1) |
| 25. 11 USC §541(a)(1)(B)(b)(1) |
| 26. 11 USC §558 |
| 27. 11 USC §1107(a)(b) |
| 28. 11 USC §1111(a)(b)(1)(A) |
| 29. 11 USC §1115(a)(b) |
| 30. 18 USC §152(4)(5)(6))(8) |
| 31. 18 USC §153 |
| 32. 18 USC §157 |
| 33. 18 USC §1519 |
| 34. 42 USC §§1963, 1983, 1985 |
| 35. BKR 11 USC Rule 1001 |
| 36. BKR 11 USC Rule 3001(a)(b)(c)(2)(A) |
| 37. BKR 11 USC Rule 3003(a)(b)(c)(2)(3) |
| 38. BKR 11 USC Rule 6009 |
| 39. BKR 11 Rule 7001(1)(2)(4)(9)(10) |
| 40. Form #410 |

**JURISDICTION, 28 USC §1334, 28 USC §1343, DEMAND FOR JURY TRIAL PURSUANT TO UNITED STATES CONSTITUTION AMENDANT VII, [1791], and FRCivP Rule 38(b). DEMAND FOR JURY TRIAL PURSUANT TO CALIFORNIA CONSTITUTION Article 1, Section 16.**

### General Allegation, Claim #10, 8:18-bk-10762-TA

1. Plaintiff has relied on the vested rights of the United States and California Constitutions, Federal Statutes and Codes, California Statutes and Codes, decisional law and the fraudulent misuse of laws.

2. Plaintiff an Architect, purchased the property at 871 Avenida Acapulco, Lot 14, Tract 8187, San Clement, Orange County California, on **May 12, 1987**, the plans were designed by plaintiff, built by plaintiff, a General Contractor, a permit was taken with the San Clemente Building Department permit #87-969, on **July 10, 1987**, Finnegan has owned the property for 39 years.

Complaint for Damages -2-

3. Plaintiff is informed and believes and based thereon allege, that defendants violated Plaintiff's Federal and California Constitutional Rights and denied Statutes, Rules, other Codes and laws as stated in the complaint, pursuant to Bankruptcy Case #8:18-bk-10762-TA.

4. **California Constitution** is a valid document and applicable in all Federal Courts by virtue of the United States Constitution, 10th Amendment, (1791) "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

5. 11 USC §301, specifies the manner in which a voluntary bankruptcy case is commenced, and triggers the Automatic Stay of 11 USC §362.

## FIRST CAUSE OF ACTION 28 USC §3014, EXEMPT PROPERTY

6. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 5 inclusive of the Complaint as though set forth in full.

7. Federal Law 28 USC §3014(a)(2)(B)(a)(3) specifically states, that the Real and Personal property located at 871 Avenida Acapulco, San Clemente, California is Exempt. Federal law 11 USC §541(b)(1) specifically states, **"A Trust is not Property of the Estate"**. Federal law 11 USC §1115(a)(b), defines property of the Estate. See also CCP 764.020. A copy of the Notarized Trust that was also recorded with the County of Orange, County Recorder is included, pursuant to California Evidence Code §§1413, 1414(b), 1451, 1452(f), and ARTICLE IV (A)(B)(C)(D) of the Revocable Living Trust as Exhibit "A". See also Probate Code 882. The filing of the Jack R. Finnegan Living Trust complies with Federal Evidence Code Rule 901(a)(b)(7), and California Evidence Code §§1413, 1414, 1451, 1452(f), 1530, 1532, 1600, and the California Probate Code.

8. The property pursuant to 28 USC §3014 was exempt, the estate had no nonexempt property, to Plaintiff's detriment.

## SECOND CAUSE OF ACTION U. S. CONSTITUTION ART. 1, §8[4]

9. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 8 inclusive of the Complaint as though set forth in full.

10. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution Art. 1 §8[4], to Plaintiff's detriment.

## THIRD CAUSE OF ACTION U. S. CONSTITUTION ART. 1, §8[18]

11. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 10 inclusive of the Complaint as though set forth in full.

12. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution Art. 1 §8[4], to Plaintiff's detriment.

## FOURTH CAUSE OF ACTION U. S. CONSTITUTION ART. 1II §1

13. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 12 inclusive of the Complaint as though set forth in full.

14. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution Article III Sections 1, **Judicial Power**, to Plaintiff's detriment.

## FIFTH CAUSE OF ACTION U. S. CONSTITUTION ART. 1II §1, 2[1]

15. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 14 inclusive of the Complaint as though set forth in full.

16. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution Article III Sections 1, 2[1], **Judicial Standing**, to Plaintiff's detriment.

## SIXTH CAUSE OF ACTION U. S. CONSTITUTION ART. IV §2[1]

17. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 16 inclusive of the Complaint as though set forth in full.
18. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution Article IV Sections 1, 2[1], **Privileges**, to Plaintiff's detriment.

## SEVENTH CAUSE OF ACTION U. S. CONSTITUTION ART. VI §2

19. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 18 inclusive of the Complaint as though set forth in full.
20. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution Article IV Sections 1, 2[1], , **Supremacy**, to Plaintiff's detriment.

## EIGHTH CAUSE OF ACTION U. S. CONSTITUTION 4th AMENDMENT

21. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 20 inclusive of the Complaint as though set forth in full.
22. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution 4th Amendment, **Probable Cause**, to Plaintiff's detriment.

## NINTH CAUSE OF ACTION U. S. CONSTITUTION 5th AMENDMENT

23. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 22 inclusive of the Complaint as though set forth in full.

24. On **October 22, 2018**, Defendants ignored the provisions of United States Constitution 5th Amendment, **Due Process,** to Plaintiff's detriment.

## TENTH CAUSE OF ACTION U. S. CONSTITUTION 9th AMENDMENT

25. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 24 inclusive of the Complaint as though set forth in full.

26. On **October 22, 2018**, Defendants ignored the provisions of the United States Constitution 9th Amendment, of certain rights, to Plaintiff's detriment.

## ELEVENTH CAUSE OF ACTION U. S. CONSTITUTION 14th AMENDMENT

27. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 26 inclusive of the Complaint as though set forth in full.

28. On **October 22, 2018**, Defendants ignored the provisions of the United States Constitution 14th Amendment, of **Due Process**, to Plaintiff's detriment.

## TWELFTH CAUSE OF ACTION U. S. CONSTITUTION 14th AMENDMENT

29. PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 28 inclusive of the Complaint as though set forth in full.

30. On **October 22, 2018**, Defendants ignored the provisions of the United States Constitution 14th Amendment, of **Equal Protection**, to Plaintiff's detriment.

### THIRTEEN CAUSE OF ACTION 28 USC §1343(a)(1 – 4)

31.  PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 30 inclusive of the Complaint as though set forth in full.

32.  On **October 22, 2018**, Defendants ignored the provisions of 28 USC §1343(a)(1 – 4), of **Civil Rights**, to Plaintiff's detriment.

### FOURTEEN CAUSE OF ACTION 28 USC §1357

33.  PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 32 inclusive of the Complaint as though set forth in full.

34.  On **October 22, 2018**, Defendants ignored the provisions of 28 USC §1357, of **Civil Action**, to Plaintiff's detriment.

### FIFTEEN CAUSE OF ACTION 28 USC §2075(a)

35.  PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 34 inclusive of the Complaint as though set forth in full.

36.  On **October 22, 2018**, Defendants ignored the provisions of 28 USC §2075(a), of **Supreme Court**, to Plaintiff's detriment.

### SIXTEEN CAUSE OF ACTION 28 USC §3001(a)(b)(c)

37.  PLAINTIFF realleges and incorporates herein by reference Paragraphs 1 through 36 inclusive of the Complaint as though set forth in full.

38.  On **October 22, 2018**, Defendants ignored the provisions of 28 USC §3001(a)(b)(c), of **Debt**, to Plaintiff's detriment.

## SEVENTEEN CAUSE OF ACTION 28 USC §3014(a)(b)

**39.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 38 inclusive of the Complaint as though set forth in full.

**40.** On **October 22, 2018**, Defendants ignored the provisions of 28 USC §3014(a)(b), of **Exempt Property**, to Plaintiff's detriment.

## EIGHTEEN CAUSE OF ACTION 11 USC §101(5)(A)

**41.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 40 inclusive of the Complaint as though set forth in full.

**42.** On **October 22, 2018**, Defendants ignored 11 USC §101(5)(A), **Claim**, to Plaintiff's detriment.

## NINTEEN CAUSE OF ACTION 11 USC §101(10)(A)

**43.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 42 inclusive of the Complaint as though set forth in full.

**44.** On **October 22, 2018**, Defendants ignored the term **Creditor**, to Plaintiff's detriment.

## TWENTIETH CAUSE OF ACTION 11 USC §101(12)

**45.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 44 inclusive of the Complaint as though set forth in full.

**46.** On **October 22, 2018**, Defendants ignored the term **Debt**, to Plaintiff's detriment.

## TWENTY-FIRST CAUSE OF ACTION 11 USC §101(27)

47. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 46 inclusive of the Complaint as though set forth in full.
48. On **October 22, 2018**, Defendants ignored the term **Government Unit**, to Plaintiff's detriment.

## TWENTY-SECOND CAUSE OF ACTION 11 USC §102(1)(A)(B)(1)

49. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 48 inclusive of the Complaint as though set forth in full.
50. On **October 22, 2018**, Defendants ignored 11 USC §102(1)(A)(B)(1), **Rules**, to Plaintiff's detriment.

## TWENTY-THIRD CAUSE OF ACTION 11 USC §106(b)

51. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 50 inclusive of the Complaint as though set forth in full.
52. On **October 22, 2018**, Defendants ignored 11 USC §106(b), **Sovereign Immunity**, to Plaintiff's detriment.

## TWENTY-FOURTH CAUSE OF ACTION 11 USC §522(a)(2)(b)(1)(3)(p)(1)

53. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 52 inclusive of the Complaint as though set forth in full.
54. On **October 22, 2018**, Defendants ignoring to provisions of 11 USC §522(a)(2)(b)(1)(3)(p)(1), **Exemptions** to Plaintiff's detriment.

## TWENTY-FIFTH CAUSE OF ACTION 11 USC §541(a)(1)(B).

55. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 54 inclusive of the Complaint as though set forth in full.

56. On **October 22, 2018**, Defendants ignoring to provisions of 11 USC §541(a)(1)(B), **Property of Estate** to Plaintiff's detriment.

## TWENTY-SIXTH CAUSE OF ACTION 11 USC §558

57. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 56 inclusive of the Complaint as though set forth in full.

58. On **October 22, 2018**, Defendants ignoring to provisions of 11 USC §558, **Defense of Estate** to Plaintiff's detriment.

## TWENTY-SEVENTH CAUSE OF ACTION 11 USC §1107(a)(b)

59. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 58 inclusive of the Complaint as though set forth in full.

60. On **October 22, 2018**, Defendants ignoring to provisions of 11 USC §1107(a)(b), **Rights of Debtor** to Plaintiff's detriment.

## TWENTY-EIGHTH CAUSE OF ACTION 11 USC §1111(a)(b)(1)(A)

61. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 60 inclusive of the Complaint as though set forth in full.

62. On **October 22, 2018**, Defendants ignoring to provisions of 11 USC §1111(a)(b)(1)(A), **Claims** to Plaintiff's detriment.

## TWENTY-NINTH CAUSE OF ACTION 11 USC §1115(a)(b).

63. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1

through 62 inclusive of the Complaint as though set forth in full.

64. On **October 22, 2018**, Defendants ignoring to provisions of 11 USC §1115(a)(b), **Property of Estate** to Plaintiff's detriment.

### THIRTIETH CAUSE OF ACTION 18 USC §152(4)(5)(6)(8).

65. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs through 64 inclusive of the Complaint as though set forth in full.

66. On **October 22, 2018**, Defendants ignoring to provisions of 11 USC §152(4)(5)(6)(8), **False Claims** to Plaintiff's detriment.

### THIRTY-FIRST CAUSE OF ACTION 18 USC §153

67. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs through 66 inclusive of the Complaint as though set forth in full.

68. On **October 22, 2018**, Defendants ignored the provisions of 18 USC §153 **Embezzlement,** to Plaintiff's detriment.

### THIRTY-SECOND CAUSE OF ACTION 18 USC §157

69. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs through 68 inclusive of the Complaint as though set forth in full.

70. On **October 22, 2018**, Defendants ignored the provisions of 18 USC §157 **Fraud,** to Plaintiff's detriment.

### THIRTY-THIRD CAUSE OF ACTION 18 USC §1579

71. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs through 70 inclusive of the Complaint as though set forth in full.

72. On **October 22, 2018**, Defendants ignored the provisions of 18 USC §1579 **Obstruction of Justice,** to Plaintiff's detriment.

Complaint for Damages -11-

### THIRTY-FOURTH CAUSE OF ACTION 42 USC §§1963, 1983, 1985

73. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 72 inclusive of the Complaint as though set forth in full.

74. On **October 22, 2018**, Defendants ignored the provisions of 42 USC §§1963, 1983, 1985, **Treble Damages** to Plaintiff's detriment.

### THIRTY-FIFTH CAUSE OF ACTION 11 USC BKR 1001,

75. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 74 inclusive of the Complaint as though set forth in full.

76. On **October 22, 2018**, Defendants ignored the provisions of 11 USC BKR 1001, **Scope of Rules** to Plaintiff's detriment.

### THIRTY-SIXTH CAUSE OF ACTION 11 USC BKR 3001(a)(b)(c)(2)(A)

77. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 76 inclusive of the Complaint as though set forth in full.

78. On **October 22, 2018**, Defendants ignored the provisions of 11 USC 3001(a)(b)(c)(2)(A), **Filing Proof of Claim** to Plaintiff's detriment.

### THIRTY-SEVENTH CAUSE OF ACTION 11 USC BKR 3003(a)(b)(c)(2)(3)

79. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 78 inclusive of the Complaint as though set forth in full.

80. On **October 22, 2018**, Defendants ignored the provisions of 11 USC 3003(a)(b)(c)(2)(3), **Filing Proof of Claim** to Plaintiff's detriment.

### THIRTY-EIGHTH CAUSE OF ACTION 11 USC BKR 6009,

81. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 80 inclusive of the Complaint as though set forth in full.

82. On **October 22, 2018**, Defendants ignored the provisions of 11 USC 3003(a)(b)(c)(2)(3), **Prosecution Defense** to Plaintiff's detriment.

### THIRTY-NINTH OF ACTION 11 USC BKR 7001(1)(2)(4)(9)(10)

83. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 82 inclusive of the Complaint as though set forth in full.

84. On **October 22, 2018**, Defendants ignored the provisions of 11 USC 7001(1)(2)(4)(9)(10), **FRCivP** to Plaintiff's detriment.

### FORTIETH CAUSE OF ACTION 11 USC Form #410

85. **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 84 inclusive of the Complaint as though set forth in full.

86. 11 USC Form #410 states, "all Proof of Claims were submitted and signed under **Penalty of Perjury**, that each claim was **valid**. Attach copies of any documents that support the claim. Fill in all the information about the claim **as of the date the case was filed**. The following questions were not correct: 1, 2, 4, 5, 7, 8, 9, 13, to the Plaintiff's detriment.

### PRAYER

42 USC Chapter 21, Subchapter 1, §§1963, 1983, 1985, states as follows: "**Every person** who, under **color of any statute**, ordinance, regulation, custom, or usage, of any State or territory or the District of Columbia, subjects, or causes to be subjected, **any citizen of the United States** … to the **deprivation** of any **rights, privileges, or immunities,** secured by the <u>Constitution and laws</u>, **shall be liable to the party injured in an action at law for treble damages."** Personal Property valued at $1,865,138.00, Real Estate valued at $8,839,288.00 or a total of $10,704,426.00, For treble damages, of <u>$32,113,278.00</u>.

Complaint for Damages -13-

## Demand for judgment for relief

First Cause Of Action 28 USC §3014, Exempt Property, $32,113,278.00.

Second Cause Of Action U. S. Constitution Art. 1, §8[4], $32,113,278.00.

Third Cause Of Action U. S. Constitution Art. 1 §8[18], $32,113,278.00.

Fourth Cause Of Action U. S. Constitution Art. 1II §1, $32,113,278.00.

Fifth Cause Of Action U. S. Constitution Art. 1II §1. 2[1], $32,113,278.00.

Sixth Cause Of Action U. S. Constitution Art. IV §2, $32,113,278.00.

Seventh Cause Of Action U. S. Constitution Art. VI §2, $32,113,278.00.

Eighth Cause Of Action U. S. Constitution 4th Amendment, $32,113,278.00.

Ninth Cause Of Action U. S. Constitution 5th Amendment, $32,113,278.00.

Tenth Cause Of Action U. S. Constitution 9th Amendment, $32,113,278.00.

Eleventh Cause Of Action U. S. Constitution 14th Amendment, $32,113,278.00.

Twelfth Cause Of Action U. S. Constitution 14th Amendment, $32,113,278.00.

Thirteenth Cause Of Action 28 USC §1343(a)(1 – 4)(a)(1), $32,113,278.00.

Fourteenth Cause Of Action 28 USC §1357, $32,113,278.00.

Fifteenth Cause Of Action 28 USC §2075(a), $32,113,278.00.

Sixteenth Cause Of Action 28 USC §3001(a)(b)(c), $32,113,278.00.

Seventeenth Cause Of Action 28 USC §3014(a)(b), $32,113,278.00.

Eighteenth Cause Of Action 11 USC §101(5)(A) $32,113,278.00.

Nineteenth Cause Of Action 11 USC §101(10)(A) $32,113,278.00.

Twentieth Cause Of Action 11 USC §101(12) $32,113,278.00.

Twenty-First Cause Of Action 11 USC §101(27) $32,113,278.00.

Twenty-Second Cause Of Action 11 USC §102(1)(A)(B)(1) $32,113,278.00.

Twenty-Third Cause Of Action 11 USC §106(b) $32,113,278.00.

Twenty-Fourth Cause Of Action 11 USC §522 $32,113,278.00.

Twenty-Fifth Cause Of Action, 11 USC §541(a)(1)(B)(b)(1), $32,113,278.00.

<u>Twenty-Sixth Cause Of Action</u>, 11 USC §558, $32,113,278.00.

<u>Twenty-Seventh Cause Of Action</u>, 11 USC §1107(a)(b), $32,113,278.00.

<u>Twenty-Eighth Cause Of Action</u>, 11 USC §1111(a)(b), $32,113,278.00.

<u>Twenty-Ninth Cause Of Action</u>, 11 USC §1115(a)(b), $32,113,278.00.

<u>Thirtieth Cause Of Action</u>, 18 USC §152(4)(5)(6)(8), $32,113,278.00.

<u>Thirty-First Cause Of Action</u>, 18 USC §153, $32,113,278.00.

<u>Thirty-Second Cause Of Action</u>, 18 USC §157, $32,113,278.00.

<u>Thirty-Third Cause Of Action</u>, 18 USC §1579, $32,113,278.00.

<u>Thirty-Fourth Cause Of Action</u>, 42 USC §§1963, 1983, 1985, $32,113,278.00.

<u>Thirty-Fifth Cause Of Action</u>, 11 USC BKR 1001, $32,113,278.00.

<u>Thirty-Sixth Cause Of Action</u>, 11 USC BKR 3001(a)(b)(c)(2)(A), $32,113,278.00.

<u>Thirty-Seventh Cause Of Action</u>, 11 USC BKR 3003(a)(b)(c)(2)(3), $32,113,278.00

<u>Thirty-Eighth Cause Of Action</u>, 11 USC BKR 6009, $32,113,278.00.

<u>Thirty Ninth Cause Of Action</u>, 11 USC BKR 7001(1)(2)(4)(9)(10), $32,113,278.00.

<u>Fourieth Cause Of Action</u>, 11 USC Form #410, $32,113,278.00.

<u>Issues to be Decided by Jury Determination</u>

Violations of Crimes Against the Elderly, Interference with Business, Malice, Seizure of Property, Fraud and Deceit, Conspiracy, Invasion of Privacy, Falsity, (Scienter), Personal Property, Slander of Title, Probable Cause, Artistic Infringement Libel.

<u>Interest</u>

Pursuant to California Civil Code §§3287, 3288, 3294, California Code of Civil Procedures §§1268.310(a)(b)(c). <u>Interest on Interest</u>, Pursuant to California Civil Code §3291, California Code of Civil Procedures §1268.360.

Complaint for Damages -15-

**DEMAND FOR JURY TRIAL,** Local Rule 38.1

Date: August 25, 2025

                                                  _/s/ Jack R. Finnegan_
                                                  Jack R. Finnegan

Complaint for Damages -16-

## Verification

I Jack R. Finnegan, declare as follows, I am the Plaintiff for the Complaint herein. I have prepared and read the forgoing Pleading and know of its contents. The facts alleged in the Pleading are within my own knowledge, and I know these facts to be true because of my familiarity with the relevant facts pertaining to the trial proceedings. I declare under penalty of perjury that the foregoing is true and correct.

Date: August 25, 2025

Jack R. Finnegan

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of Orange  

On 25th April 2017 before me, MARYANNE SCARPONI, NOTARY PUBLIC  
       Date                                                   Here Insert Name and Title of the Officer

personally appeared Jack R Finnegan  
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Maryanne Scarponi_  
             Signature of Notary Public

[Notary Seal: MARYANNE SCARPONI, COMM. # 2108125, NOTARY PUBLIC - CALIFORNIA, ORANGE COUNTY, COMM. EXPIRES MAY 19, 2019]

Place Notary Seal Above

---

## OPTIONAL

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**  
Title or Type of Document: Grant Deed  
Document Date: 4-25-17      Number of Pages: 1  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

## ARTICLE IV Amendment and Revocation

A. It is understood that the grantor reserves the right to amend or revoke this trust at any time during the grantor's life time without notifying any beneficiary. An amendment must be made in writing and signed by the grantor. Revocation may be in writing or any manner allowed by law. The Trustees may receive, as part of this Trust, additional real and personal property by assignment, transfer, deed or other conveyance, or by any other means, testamentary or inter vivos, for inclusion in the Trust herein created.

B. Until the death of the grantor, all rights to all income, profits, and control of the Trust Property shall be retained by the grantor. The power to revoke or amend this trust is personal to the grantor. A conservator, guardian, or other person shall not exercise it on behalf of the grantor, unless the grantor specifically grants a power to revoke or amend this trust in a Durable Power of Attorney.

C. If the grantor's principal residence is held in this trust, grantor has the right to possess and occupy it for life, rent free and without charge, except for taxes, insurance, maintenance and related costs and expenses. This right is intended to give grantor a beneficial interest in the property and to ensure that the grantor does not lose eligibility for a state homestead tax exemption for which grantor otherwise qualifies.

D. If the grantor becomes physically or mentally incapacitated and is no longer able to manage this trust, the person or persons named as successor trustee shall serve as trustee. The determination of the grantor's capacity to manage this trust shall be made by those of the persons listed below who are reasonably available when the successor trustee (or any of them, if two or